**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 04-1445

GERALD BRYAN DUGGAN,

Plaintiff, Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Reginald C. Lindsay, U.S. District Judge]

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

Gerald Bryan Duggan on brief pro se.
Peter D. Keisler, Assistant Attorney General, Leonard
Schaitman, Attorney, Civil Division, Department of Justice, and R.
Craig Green, Attorney, Civil Division, Department of Justice on
brief for appellee.

September 29, 2004

**Per Curiam**.  After carefully considering the briefs and record on appeal, we affirm the judgment of the District Court.  The appellant presented no basis to suggest that any agency records were improperly withheld.  5 U.S.C. § 552; Kissinger v. Reporters Comm. for Freedom of the Press, 445 U.S. 136 (1980).

Affirmed.

1st Cir. Rule 27(c).